# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Fluor Enterprises, Inc. ) | ASBCA No. 59134 |
| ) | |
| Under Contract No. FA8903-06-D-8512 ) | |

APPEARANCES FOR THE APPELLANT:    Donald M. Yenovkian II, Esq.
                                   Senior Counsel

                                   John S. Pachter, Esq.
                                   Kathryn T. Muldoon, Esq.
                                   Daniel Q. Horner, Esq.
                                     Smith Pachter McWhorter PLC
                                     Vienna, VA

                                   John L. Cammack, Esq.
                                     Michael & Cammack
                                     Stockton, CA

APPEARANCES FOR THE GOVERNMENT:    Col Matthew J. Mulbarger, USAF
                                     Air Force Chief Trial Attorney
                                   Sarah L. Stanton, Esq.
                                     Senior Trial Attorney

## ORDER OF DISMISSAL

Following a successful mediation at the Board, the parties have settled their dispute. The Board grants the parties' joint request dated 29 January 2016, and dismisses this appeal with prejudice.

Dated: 2 February 2016

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals